# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:23-CR-00298 |
| v. | (Chief Judge Brann) |
| GREGORY WILSON, | |
| Defendant. | |

## ORDER

**AND NOW**, this 17th day of May 2024, **IT IS HEREBY ORDERED** that sentencing is scheduled for **June 11, 2024, at 11:00 a.m.** in Courtroom 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
Chief United States District Judge