UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : NO. 4: 23-CR-298 |
| VS. | : |
| | : Chief Judge Brann |
| GREGORY A. WILSON | |

## WILSON'S SENTENCING BRIEF

### BACKGROUND

On February 20, 2024, pursuant to a plea agreement, Defendant entered a plea of guilty to Count 1 of the indictment in violation of 18 U.S.C. Section 2422(b), Attempted Enticement of a Minor to Engage in Sexual Activity or Prostitution, which is punishable by 10 years to life imprisonment and a fine of up to $250,000.00.

### 18 U.S.C. SECTION 3553 FACTORS

**Nature and Circumstances of the offense**

The facts are well-described in Paragraphs 8-14 of the presentence report and are not contested by the Defendant.

## History and Characteristics of the Defendant

Defendant is a 51 year-old divorced father of 3 adult children who resided in Lewistown, PA prior to his arrest on November 8, 2023. He owns his own home and has been gainfully employed for many years. He is a high school graduate and has no criminal record.

Defendant is "well-liked" and "family focused" and is described by his daughter, Cassidy Wilson, as very kind and a good father. He is a respected softball coach of many years.

Defendant suffers from anemia, hypertension, hyperlipidemia, hyperglycemia and sleep apnea, He also suffers from depression and alcoholism.  His conduct in this case occurred after a bout of heavy drinking brought on by a failed relationship and was an aberration that will not, in this writer's opinion, be repeated. Defendant is remorseful and has accepted responsibility for his crime.

## The Sentence

The offense level is 27 and the Criminal History Category is I resulting in a guideline range of 70-87 months. However, because of the mandatory minimum that applies, the guideline range becomes 120 months.

## The Need to Avoid Unwarranted Sentence Disparities

A sentence within the advisory guideline range of 70-87 months will not result in an

unwarranted sentence disparity among defendants with similar records who have been found guilty of similar conduct.

### **Restitution**

Because there is no identifiable victim, restitution is not at issue. See Paragraph 73 of the PSR.

### **CONCLUSION**

For the aforesaid reasons, Defendant requests a sentence within the guideline range of 70-87 months with a recommendation that he serve his sentence at the FCI-Allenwood Medium or Low Security with participation in the RDAP program, if eligible.

Respectfully submitted**,**

 G. Scott Gardner /s/
 G. Scott Gardner
 Attorney for Defendant
 PA. I.D. #36507
 1000 Commerce Park Drive, Suite 310-B
 Williamsport, PA 17701

June 10, 2024